UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-11988-CAS-RAOx | Date | January 14, 2026 |
|---|---|---|---|
| Title | U.S. Bank Trust Company, National Association v. Alfonso Luna et al | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**    **(IN CHAMBERS) - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

On January 7, 2025, plaintiff U.S. Bank Trust Company ("plaintiff") filed this unlawful detainer action against defendants Alfonso Luna and Otilia Luna ("defendants"), and Does 1 to 10, inclusive, in Los Angeles County Superior Court. Dkt. 1 at 19. Defendants removed the case to this Court on December 18, 2025. Id. Defendants concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendants assert that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 3 (citing 28 U.S.C. § 1331 and § 1443).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 19-22. Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, in writing, on or before **January 28, 2026,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |