UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    JS-6

| Case No. | 2:25-cv-11988-CAS-RAOx | Date | March 6, 2026 |
|---|---|---|---|
| Title | U.S. Bank Trust Company, National Association v. Alfonso Luna et al | | |

Present: The Honorable   CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

**Proceedings:**          **(IN CHAMBERS)** - ORDER TO REMAND

On January 7, 2025, plaintiff U.S. Bank Trust Company ("plaintiff") filed this unlawful detainer action against defendants Alfonso Luna and Otilia Luna ("defendants"), and Does 1 to 10, inclusive, in Los Angeles County Superior Court. Dkt. 1 at 19. Defendants removed the case to this Court on December 18, 2025. Id. Defendants concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendants assert that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 3 (citing 28 U.S.C. § 1331 and § 1443).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On January 14, 2026, the Court ordered defendant to show cause, in writing, no later than January 28, 2026, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 8. Defendant has failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |